IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANDRONICUS BERNARD LINZY, )<br>)<br>    Plaintiff,              )<br>                             )<br>    v.                       )<br>                             )<br>ALABAMA DEPARTMENT OF        )<br>PUBLIC HEALTH and            )<br>DEPARTMENT OF HEALTH AND     )<br>HUMAN SERVICES' CENTERS      )<br>FOR DISEASE CONTROL AND      )<br>PREVENTION,                  )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>2:19cv153-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the joint motion to dismiss filed by plaintiff Andronicus Bernard Linzy and defendant Alabama Department of Public Health (Doc. 55), it is ORDERED that the motion is granted; plaintiff Linzy's claims against defendant Alabama Department Of Public Health are dismissed with prejudice; and said defendant is terminated as a party.  No costs are taxed.

This case is not closed, and all claims against defendant Department of Health and Human Services'

Centers for Disease Control and Prevention remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of May, 2021.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE