IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANDRONICUS BERNARD LINZY,    )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )       2:19cv153-MHT
                             )       2:22cv57-MHT
DEPARTMENT OF HEALTH AND     )            (WO)
HUMAN SERVICES'S CENTERS     )
FOR DISEASE CONTROL AND      )
PREVENTION,                  )
                             )
     Defendant.              )
```

### JUDGMENT

Upon consideration of the joint motion to dismiss (Doc. 91), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of February, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**